```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL D. ANDERSON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
 5
 6
 7            IN THE UNITED STATES DISTRICT COURT FOR THE
 8                   EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )  No. 2:11-MJ-00263-CKD
                                 )
11             Plaintiff,        )  MOTION AND ORDER TO DISMISS
                                 )  COMPLAINT
12        v.                     )
                                 )
13  ALBERTA JOSEPHINA NASH,      )
                                 )
14             Defendant.        )
    _____)
15
16       The United States Attorney's Office, pursuant to Rule 48(a)
17  of the Federal Rules of Criminal Procedure, hereby moves to
18  dismiss the complaint against ALBERTA JOSEPHINA NASH without
19  prejudice in the interest of justice.
20
21  DATED: November 10, 2011         Respectfully submitted,
22                                   BENJAMIN B. WAGNER
                                     United States Attorney
23
24                              By:   /s/ Michael D. Anderson
                                     MICHAEL D. ANDERSON
25                                   Assistant U.S. Attorney
26
27
28

                                1
```

**ORDER**

**IT IS HEREBY ORDERED** that the complaint in the above captioned case be dismissed against defendant ALBERTA JOSEPHINA NASH without prejudice in the interest of justice.

DATED: November 10, 2011.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD1:crim
nash0263.mtd-ord.wpd